UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VANGUARD LED DISPLAYS, INC.,

    Plaintiff,

CASE NO.: 8:17-cv-02190-JSM-TGW

v.

DAKTRONICS, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Vanguard LED Displays, Inc., by and through undersigned counsel, hereby files this Notice of Pending Settlement. By submission of this Notice, submitting counsel represents that this matter has settled in principle subject to final documentation and respectfully requests that any scheduled hearings be removed from the Court's calendar.

[signature on next page]

Dated:  December 6, 2017

Respectfully Submitted,

**CENTRONE & SHRADER, PLLC**
612 W. Bay Street
Tampa, FL 33606
Phone: (813) 360-1529
Facsimile: (813) 336-0832

/s/ Gus M. Centrone
**BRIAN L. SHRADER, ESQ.**
Florida Bar No.: 57251
e-mail: bshrader@centroneshrader.com
**GUS M. CENTRONE, ESQ.**
Florida Bar No.: 30151
e-mail: gcentrone@centroneshrader.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2017, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

/s/ Gus M. Centrone
**Attorney**